JAMES H. NEALLEY,

Appellant from the Decree of the Judge of Probate in re First and Final Account in re Estate of Nettie L. W. Nealley.

Cumberland County. Decided October 13, 1913. This case involves an appeal from the Judge of Probate of Cumberland

County with reference to the settlement of a final account of an administrator involving his private claim against the estate. This account involves quite numerous items amounting to $176.94. It was not filed by the administrator within the statutory limitation for bringing suits. Appeal dismissed with costs. *U. G. Mudgett,* for appellant. *Eben Winthrop Freeman,* pro se for Appellees.